**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00835-CV

### BAYVIEW LOAN SERVICING, LLC, Appellant

### V.

### ESTELA MARTINEZ, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00711**

## ORDER

Before the Court is appellee's July 5, 2016 second motion for en banc reconsideration. Because the Court has not modified or vacated and rendered a new judgment, appellee is not entitled to a second motion for en banc reconsideration. *See* TEX. R. APP. P. 49.5, 49.7. Accordingly, appellee's motion is **DENIED**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE